IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JENNIFER L. HENNINGTON, #20373-078 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:16cv603 |
| | § | CRIMINAL ACTION NO. 4:15cr56(1) |
| UNITED STATES OF AMERICA | § | |

## ORDER OF DISMISSAL

This case was referred to United States Magistrate Judge Christine A. Nowak, who issued a Report and Recommendation concluding that the motion to vacate, set aside, or correct sentence should be dismissed without prejudice as the relief she seeks should be filed in a petition pursuant to 28 U.S.C. § 2241. Movant filed objections.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Having made a *de novo* review of the objections raised by Movant to the Report, the Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court. Movant fails to show her § 2255 motion is appropriate. She asks the Court to assess credit for time served, which is properly raised in a petition pursuant to 28 U.S.C. § 2241, and must be filed in the district in which she is imprisoned. It is accordingly

**ORDERED** that the motion to vacate, set aside, or correct sentence is **DISMISSED** without prejudice. Movant should file a § 2241 petition in her imprisonment district. It is also

**ORDERED** that all motions not previously ruled on are hereby **DENIED**.

 **SIGNED this 4th day of December, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE